EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: <br><br> Lcda. Edna Santiago Pérez | 2020 TSPR 06 <br><br> 203 DPR _____ |

Número del Caso:  MC-2020-09


Fecha:  17 de enero de 2020


Abogada de la parte peticionaria:

Por derecho propio


Materia:  Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte:

Lcda. Edna Santiago Pérez  |  MC-2020-09

RESOLUCIÓN

San Juan, Puerto Rico, a 17 de enero de 2020.

Examinada la *Moción urgente en auxilio de jurisdicción sobre alcance de la Resolución del Tribunal*, presentada por la Lcda. Edna Santiago Pérez, se provee *no ha lugar*. Distinto a los términos jurisdiccionales, los términos de cumplimiento estricto están salvaguardados bajo la normativa vigente. Entiéndase, las partes tienen la facultad de justificar la tardanza en la presentación de un recurso mediante justa causa. *Bco. Popular de P.R. v. Mun. de Aguadilla*, 144 DPR 651, 657 (1997). Por tales razones, no es necesario extender el mecanismo concedido en *In re: Medidas Judiciales ante situación de emergencia por terremoto reciente*, 2020 TSPR 02, a los términos de cumplimiento estricto.

En virtud de lo anterior, se le instruye a la licenciada Santiago Pérez que puede acudir al Tribunal de Apelaciones y fundamentar la justa causa que le impide presentar el recurso en controversia oportunamente.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo